**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-30011 |
| Plaintiff - Appellee, | D.C. No. 3:11-cr-00073-RRB |
| v. | MEMORANDUM* |
| STEVEN SAEPHARN, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
Ralph R. Beistline, Chief Judge, Presiding

Submitted May 14, 2013**

Before:    LEAVY, THOMAS, and MURGUIA, Circuit Judges.

Steven Saepharn appeals from the district court's judgment and challenges

his jury-trial conviction for distribution of methamphetamine, in violation of 21

U.S.C. § 841(a)(1), (b)(1)(B).  Pursuant to *Anders v. California*, 386 U.S. 738

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(1967), Saepharn's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Saepharn the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**